UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SALMEN,<br><br>              Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN, Warden,<br><br>              Respondent. | Case No. CV 21-8652-AB (JPR)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

On May 9, 2022, the Magistrate Judge filed a Report and Recommendation, recommending that Respondent's motion to dismiss the Petition be granted as to ground two unless Petitioner requested a stay and that Petitioner's motion for discovery be denied. On May 18, Petitioner "consented" to the R. & R. and asked to "proceed on the one true exhausted claim," "dismissing ground two." (Consent at 1.) Two days later, however, he purported to withdraw his consent, objecting to the Magistrate Judge's refusal to seal a document he had attached to his response to the motion to dismiss and asking that she be disqualified from hearing his case. Respondent did not respond

1

to either of Petitioner's filings. The Court subsequently rejected Petitioner's motion to disqualify the Magistrate Judge but ordered Respondent not to use the document at issue for any reason other than litigating this action.

Petitioner has not objected to the R. & R. other than as to the Magistrate Judge's refusal to seal the Declaration at issue, which the Court has separately addressed in its Order Denying Motion to Disqualify Magistrate Judge. Having reviewed de novo those portions of the R. & R. to which Petitioner responded, the Court accepts the findings and recommendations of the Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C). It therefore is ORDERED that Respondent's motion to dismiss is GRANTED in part, Petitioner's discovery motion is DENIED, ground two of the Petition is dismissed without prejudice, and Respondent must file an Answer to the remaining ground one no later than 45 days from the date of this Order.

DATED: June 30, 2022

ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE

2