JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SALMEN,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES HILL, Acting Warden,<br><br>        Respondent. | Case No. CV 21-8652-AB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 10, 2024

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE